Same case below, 370 Fed. Appx. 413.

Same case below, 355 Fed. Appx. 18.

**No. 09-10955. Wali S. Hamani, aka Wallace J. Clemons, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3489, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5247.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10956. Anthony Leon Greenhill, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5186.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10957. Horatio Everhart, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5233.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 455.

**No. 09-10961. James Cottle, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5220.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10962. Francisco LaBoy, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5202.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-10963. Fernando Jose-Milan, Petitioner v. United States.**

561 U.S. 1019, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5214.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-10969. Sareth Tath, Petitioner v. United States.**

561 U.S. 1019, 130 S. Ct. 3490, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5213.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 799.

**No. 09-10971. James Demetruis Battle, Petitioner v. United States.**

561 U.S. 1019, 130 S. Ct. 3491, 177 L. Ed. 2d 1079, 2010 U.S. LEXIS 5212.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.